1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  DENNIS G. ROLSTAD  Bar No. 150006
   ERIN A. CORNELL  Bar No. 227135
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635
   dennis.rolstad@sdma.com
6
   Attorneys for Defendant
7  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, erroneously sued herein as HARTFORD
8  LIFE INSURANCE COMPANY

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11 PENNY BENDER,                          CASE NO. C 09-01163 MMC

12         Plaintiff,                     **STIPULATION AND [PROPOSED]
                                          ORDER RE DISMISSAL OF PLAINTIFF'S
13         v.                             SECOND AND THIRD CLAIMS FOR
                                          RELIEF WITH PREJUDICE**
14 HARTFORD LIFE INSURANCE
   COMPANY as Administrator and
15 Fiduciary of the Bertelsmann, Inc.,
   Employee Protection Plan Number 503;
16 THE BERTELSMANN, INC.,
   EMPLOYEE PROTECTION PLAN
17 NUMBER 503,

18         Defendants.

19

20         IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Penny Bender

21 and defendant Hartford Life And Accident Insurance Company ("Hartford'), by and through

22 their respective attorneys of record herein, that plaintiff's second claim for relief under ERISA

23 Section 502(a)(3) for breach of fiduciary duty, and plaintiff's third claim for relief for statutory

24 penalties under ERISA Section 502(c), are to be DISMISSED from the complaint as against all

25 named defendants, with PREJUDICE.  The parties ask that Hartford's Motion to Dismiss

26 (Docket no. 4) be taken off calendar upon issuance of this Order as the motion will be moot.

27 Hartford will file an answer to plaintiff's first claim for relief within ten days of the Court's

28 issuance of this Order.  The parties note that Defendant The Bertelsmann, Inc. Employee

Protection Plan Number 503 is to file an answer to plaintiff's first claim for relief on or before June 15, 2009 in accordance with the returned waiver of service.

IT IS SO STIPULATED.

DATED:  May 15, 2009     ROBOOSTOFF & KALKIN

By: s/Scott Kalkin
Scott Kalkin
Attorneys for Plaintiff
PENNY BENDER

DATED:  May 15, 2009     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Dennis G. Rolstad
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, erroneously sued herein as HARTFORD LIFE INSURANCE COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

s/Dennis G. Rolstad
Dennis G. Rolstad

IT IS SO ORDERED that plaintiff's second and third claims for relief are DISMISSED from the complaint as against all named defendants, with PREJUDICE, that Hartford's motion to dismiss (Docket no. 4) is taken off calendar as moot, and that defendant Hartford will file its answer to plaintiff's first claim for relief within ten days of the issuance of this Order.

DATED:  May 18, 2009

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE