## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY BENDER,<br>    Plaintiff(s),<br><br>    v.<br><br>HARTFORD INSURANCE<br>COMPANY, et al.<br>    Defendant(s).<br>/ | CASE NO. CV 09-01163 MMC<br><br>STIPULATION AND [PROPOSED] ORDER<br>SELECTING ADR PROCESS |

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: June 18, 2009          s/Scott Kalkin
                   Attorney for Plaintiff
                   Penny Bender

Dated: June 19, 2009          s/Dennis G. Rolstad
                   Attorney for Defendant
                   Hartford Life And Accident Insurance
                   Company, erroneously sued herein as
                   Hartford Life Insurance Company

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

         s/Dennis G. Rolstad

American LegalNet, Inc.
www.USCourtForms.com

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☒ Mediation
☐ Private ADR

Deadline for ADR session
☒ 90 days from the date of this order.
☐ other _____

IT IS SO ORDERED.

Dated: June 22, 2009

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

American LegalNet, Inc.
www.USCourtForms.com