Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, California 94104
(415) 732-0282

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY BENDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD LIFE INSURANCE COMPANY as Administrator and Fiduciary of the Bertelsmann, Inc., Employee Protection Plan Number 503; THE BERTELSMANN, INC., EMPLOYEE PROTECTION PLAN NUMBER 503,<br><br>　　　　Defendants. | CASE NO. CV 09-01163 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING DATES FOR MOTION FOR JUDGMENT** |

The parties in the above-captioned matter, through their respective attorneys of record, enter into the following stipulation and request the Court to enter an order accordingly:

1.  At the case management conference on June 26, 2009, the Court ordered the parties to follow the briefing schedule set forth below in this ERISA governed denial of long-term disability benefits case:

| | |
|---|---|
| Plaintiff to file motion for judgment | January 15, 2010 |
| Defendant to file motion for judgment and opposition to plaintiff's motion | February 12, 2010 |
| Plaintiff's opposition and reply | February 26, 2010 |
| Defendant's Reply | March 12, 2010 |
| Hearing date | April 2, 2010 |

2. On January 12, 2010, plaintiff's counsel Scott Kalkin called defense counsel Dennis Rolstad in order to inform him that he would be having surgery on his right shoulder on January 21, 2010, and to request his consent to continue the briefing schedule and hearing date in order to accommodate this medical problem. The parties thereafter agreed to continue the briefing schedule and assert that good cause for the continuance exists due to plaintiff counsel's medical problem and planned surgery.

3. In light of the foregoing, the parties hereby stipulate and request that the Court enter an order changing the briefing schedule and hearing date as set forth below. Each of the dates set by the Court are proposed to be continued for six weeks.

| | |
|---|---|
| Plaintiff to file motion for judgment | February 26, 2010 |
| Defendant to file cross-motion for judgment and opposition to plaintiff's motion | March 26, 2010 |
| Plaintiff to file opposition and reply | April 9, 2010 |
| Defendant to file reply | April 23, 2010 |
| Hearing date | May 14, 2010, at 9:00 a.m. |

4. The parties further stipulate and agree that the discovery cut-off in this matter has passed, and that discovery in this matter shall remain closed.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: January 12, 2010     By: ___s/Scott Kalkin_____
                                Scott Kalkin
                                Attorney for Plaintiff


**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**

Dated: January 12, 2010     By: _s/Dennis G. Rolstad_____
                                Dennis G. Rolstad
                                Attorneys for Defendant Hartford
                                Life and Accident Insurance Company

1  IT IS SO ORDERED, and the deadlines set at the June 26, 2009 Case Management Conference are hereby EXTENDED as set forth in the parties' stipulation.

Dated: January 14, 2010      By: *[signature: Maxine M. Chesney]*
   Judge of the United States District Court for the Northern District of California