United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PENNY BENDER,                                No. C 09-1163 MMC

12          Plaintiff,                            **ORDER GRANTING MOTION TO RE-
                                                  OPEN DISCOVERY; DEFERRING
13      v.                                        RULING ON PARTIES' MOTIONS FOR
                                                  JUDGMENT; SETTING SUPPLEMENTAL
14   HARTFORD LIFE INSURANCE COMPANY,             BRIEFING SCHEDULE; CONTINUING
     as Administrator and Fiduciary of the        HEARING**
15   Bertelsmann, Inc. Employee Protection Plan
     Number 503; BERTELSMANN, INC.
16   EMPLOYEE PROTECTION PLAN NUMBER
     503,
17
            Defendants.
18   _____/

19

20          Before the Court are the parties' motions for judgment, filed, respectively, on

21   February 26, 2010 and March 26, 2010; the motions have been fully briefed.  Also before

22   the Court is plaintiff's administrative motion to re-open discovery, filed April 8, 2010, to

23   which defendants have filed opposition.  As set forth below, the Court will grant plaintiff's

24   motion to re-open discovery and will defer ruling on the parties' motions for judgment.

25          Contrary to defendants' argument, the Court finds plaintiff is entitled to conduct

26   limited additional discovery based on defendants' submission of evidence in support of their

27   motion, specifically, the declaration of Bruce Luddy ("Luddy"), Director of Litigation and

28   Appeals for Hartford Life and Accident Insurance Company.  See, e.g., Golden v. Sun Life

     Fin., Inc., 2008 WL 2782736, *3 (M.D. Ala. 2008) ("Because the case [although brought

1   under ERISA] involves more than the administrative record and because the parties will be

2   engaging in discovery, they are required to provide initial disclosures in accordance with

3   Rule 26(a)."); Hamma v. Intel Corp., 2008 WL 648482, *3 (E.D. Cal. 2008) (holding initial

4   disclosures required where "parties [had] agreed that discovery outside the administrative

5   record, authorized under the rationale of Abatie, [was] permitted").

6       In particular, plaintiff is entitled to depose Luddy, such deposition being limited to

7   Luddy's knowledge of the active steps taken by Hartford to reduce potential bias and to

8   promote accuracy in Hartford's claims administration, as described in Luddy's declaration.

9   See Metropolitan Life Ins. Co. v. Glenn, 128 S.Ct. 2343, 2351 (2008) (holding claims

10  administrator's "active steps to reduce potential bias and to promote accuracy" relevant to

11  court's determination as to conflict); see, e.g., Pl's Mot. to Re-Open Ex. B (Civil Minutes in

12  Reese v. Hartford Life and Accident Ins. Co., CV 08-8604 VBF (C.D. Cal. 2009)) (requiring

13  ERISA defendant to produce Luddy for deposition or "commit to not using him as a

14  witness"); cf. Kroll v. Kaiser Found. Health Plan Long Term Disability Plan, 2010 WL

15  1233871, *1 (N.D. Cal. 2010) (denying motion to compel depositions in ERISA case where

16  plaintiff subsequently limited request to written discovery).

17      Accordingly, the Court hereby GRANTS plaintiff's motion to re-open discovery,

18  DEFERS ruling on the parties' motions for judgment, and SETS the following supplemental

19  briefing schedule:

20      1. Plaintiff's Supplemental Opposition and Reply shall be filed no later than June 11,

21  2010, and shall not exceed five pages in length, exclusive of declarations and/or exhibits;

22      2.  Defendants' Supplemental Sur-Reply shall be filed no later than June 25, 2010,

23  and shall not exceed five pages in length, exclusive of declarations and/or exhibits.

24      3.  The hearing on the parties' motions for judgment is hereby CONTINUED to July

25  16, 2010.

26      **IT IS SO ORDERED.**

27  Dated: April 27, 2010

28                                              MAXINE M. CHESNEY
                                                United States District Judge