IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY BENDER,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE INSURANCE COMPANY, as Administrator and Fiduciary of the Bertelsmann, Inc. Employee Protection Plan Number 503; BERTELSMANN, INC. EMPLOYEE PROTECTION PLAN NUMBER 503,<br><br>    Defendants.<br>_____/ | No. C 09-1163 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

By separate order filed concurrently herewith, the Court has granted plaintiff Penny Bender's motion to re-open discovery for the limited purpose of deposing Bruce Luddy, Director of Litigation and Appeals for Hartford Life Insurance and Accident Company. All future discovery matters in the above-entitled action are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

**IT IS SO ORDERED.**

Dated: April 27, 2010

MAXINE M. CHESNEY
United States District Judge