UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY BENDER,<br><br>         Plaintiff(s),<br><br>     v.<br><br>HARTFORD LIFE INSURANCE CO.,<br>as administrator and<br>fiduciary of the<br>Bertelsmann, Inc. Employee<br>Protection Plan, Number 503;<br>BERTELSMANN, INC. EMPLOYEE<br>PROTECTION PLAN NUMBER 503,<br><br>         Defendant(s). | No. C09-1163 MMC (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder

1

1 | or a court reporter.

2 | In the event they cannot resolve their dispute, the
3 | parties must participate in a telephone conference with the
4 | Court **before** filing any discovery motions or other papers.
5 | The party seeking discovery shall request a conference in a
6 | letter **filed electronically** not exceeding two pages (with no
7 | attachments) which briefly explains the nature of the action
8 | and the issues in dispute.  Other parties shall reply in
9 | similar fashion within two days of receiving the letter
10 | requesting the conference.  The Court will contact the parties
11 | to schedule the conference.

12 | After the conference with the Court, if filing papers is
13 | deemed necessary, they should be filed **electronically** with the
14 | Clerk's Office, with **one hard copy delivered directly to**
15 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
16 | chambers copy of all briefs shall be submitted on a diskette
17 | formatted in WordPerfect or e-mailed to the following address:
18 | **bzpo@cand.uscourts.gov**

19 | Dated: April 29, 2010

20 | _____
21 | Bernard Zimmerman
     United States Magistrate Judge

22 |
G:\BZALL\-REFS\BENDER V. HARTFORD INS\INITIAL DISCOVERY ORDER.wpd

2