| | |
|---|---|
| 1 | ROBOOSTOFF & KALKIN |
|   | SCOTT KALKIN  Bar No. 120791 |
| 2 | robokalk@earthlink.net |
|   | 369 Pine Street, Suite 820 |
| 3 | San Francisco, California 94104 |
|   | Telephone: (415) 732-0282 |
| 4 | Facsimile: (415) 732-0287 |
| 5 | JULIAN M. BAUM & ASSOCIATES |
|   | JULIAN M. BAUM  Bar No. 130892 |
| 6 | JMB@JMBLawGroup.com |
|   | 9 Tenaya Lane |
| 7 | Novato, California 94947 |
|   | Telephone: (415) 963-4424 |
| 8 | Facsimile: (888) 452-3849 |
| 9 | Attorneys for Plaintiff PENNY BENDER |
| 10 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|    | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 11 | DENNIS G. ROLSTAD  Bar No. 150006 |
|    | ERIN A. CORNELL  Bar No. 227135 |
| 12 | One Market Plaza |
|    | Steuart Tower, 8th Floor |
| 13 | San Francisco, California 94105 |
|    | Telephone: (415) 781-7900 |
| 14 | Facsimile: (415) 781-2635 |
|    | dennis.rolstad@sdma.com |
| 15 | |
|    | Attorneys for Defendants |
| 16 | HARTFORD LIFE INSURANCE COMPANY; |
|    | BERTELSMANN, INC. EMPLOYEE PROTECTION |
| 17 | PLAN NUMBER 503 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PENNY BENDER, | | CASE NO. C 09-01163 MMC |
| | Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | | **ORDER CONTINUING HEARING DATE** |
| | v. | **ON PARTIES' CROSS-MOTIONS FOR** |
| | | **JUDGMENT TO JULY 30, 2010** |
| HARTFORD LIFE INSURANCE | | |
| COMPANY, As Administrator and | | JUDGE:   Honorable Maxine M. Chesney |
| Fiduciary of the Bertelsmann, Inc., | | |
| Employee Protection Plan Number 503; | | |
| THE BERTELSMANN, INC. | | |
| EMPLOYEE PROTECTION PLAN | | |
| NUMBER 503, | | |
| | Defendants. | |

1   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Penny Bender ("plaintiff") and defendants Hartford Life Insurance Company and The Bertelsmann, Inc., Employee Protection Plan Number 503 (collectively "defendants"), by and through their attorneys of record herein, that the hearing on the parties' cross motions for judgment be continued from July 16, 2010 to July 30, 2010:

1. On April 27, 2010, the Court granted plaintiff's motion to re-open discovery to take the deposition of Bruce Luddy, a Hartford employee, and set a briefing schedule for the parties to file supplement briefs on their cross-motions for judgment following Mr. Luddy's deposition. The deposition took place on May 28, 2010.

2. Plaintiff was ordered to file her supplemental Opposition and Reply on or before June 11, 2010, and defendants were ordered to file their Supplemental Sur-Reply on or before June 25, 2010.

3. The hearing on the parties' cross-motions for judgment was set for July 16, 2010 at 9:00 a.m.

4. Good cause exists to continue the hearing to July 30, 2010, as counsel for defendants is unavailable on July 16, 2010.

WHEREAS, the parties hereby stipulate, agree, and respectfully request that the Court continue the hearing date for the cross-motions for judgment to July 30, 2010 at 9:00 a.m. The continuance will not affect the briefing schedule, and defendants' Supplemental Sur-Reply will remain due to be filed on or before June 25, 2010.

SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

DATED: June 24, 2010        ROBOOSTOFF & KALKIN

                            JULIAN M. BAUM & ASSOCIATES


                            By:  *s/Scott Kalkin*
                                 *s/Julian M. Baum*
                            Scott Kalkin
                            Julian M. Baum
                            Attorneys for Plaintiff
                            PENNY BENDER

1  DATED: June 24, 2010                SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                      By: *s/Dennis G. Rolstad*
                                           Dennis G. Rolstad
4                                          Erin A. Cornell
                                           Attorneys for Defendants
5                                          HARTFORD LIFE INSURANCE COMPANY;
                                           BERTELSMANN, INC. EMPLOYEE PROTECTION
6                                          PLAN NUMBER 503

7

8       I hereby attest that I have on file all holograph signatures for any signatures indicated by

9  a "conformed" signature (/s/) within this e-filed document.

10                                      *s/Dennis G. Rolstad*
                                        Dennis G. Rolstad
11

12

13                                      **ORDER**

14      IT IS HEREBY ORDERED that the hearing for the parties' cross-motions for judgment

15 is continued to July 30, 2010 at 9:00 a.m.

16

17 DATED: June 28, 2010

18                                      _____
                                        HONORABLE MAXINE M. CHESNEY