IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENNY BENDER,

        Plaintiff,

v.

HARTFORD LIFE INSURANCE COMPANY, as Administrator and Fiduciary of the Bertelsmann, Inc., Employee Protection Plan Number 503; THE BERTELSMANN, INC. EMPLOYEE PROTECTION PLAN NUMBER 503,

        Defendants.

        /

No. CV-09-1163 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Hartford's Cross-Motion for Judgment is hereby GRANTED and Bender's Motion for Judgment is hereby DENIED.

Dated: August 12, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk