| | | |
|---|---|---|
| 1 | ROBOOSTOFF & KALKIN | SEDGWICK LLP |
| | SCOTT KALKIN Bar No. 120791 | BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | robokalk@earthlink.net | bruce.celebrezze@sedgwicklaw.com |
| | 369 Pine Street, Suite 820 | DENNIS G. ROLSTAD  Bar No. 150006 |
| 3 | San Francisco, California 94104 | dennis.rolstad@sedgwicklaw.com |
| | Telephone: (415) 732-0282 | ERIN A. CORNELL  Bar No. 227135 |
| 4 | Facsimile: (415) 732-0287 | erin.cornell@sedgwicklaw.com |
| | | One Market Plaza |
| 5 | JULIAN M. BAUM & ASSOCIATES | Steuart Tower, 8th Floor |
| | JULIAN M. BAUM Bar No. 130892 | San Francisco, California 94105 |
| 6 | JMB@JMBLawGroup.com | Telephone: (415) 781-7900 |
| | 9 Tenaya Lane | Facsimile: (415) 781-2635 |
| 7 | Novato, California 94947 | |
| | Telephone: (415) 963-4424 | Attorneys for Defendants |
| 8 | Facsimile: (888) 452-3849 | HARTFORD LIFE AND ACCIDENT |
| | | INSURANCE COMPANY, erroneously sued |
| 9 | Attorneys for Plaintiff | herein as HARTFORD LIFE INSURANCE |
| | PENNY BENDER | COMPANY, and THE BERTELSMANN, INC. |
| 10 | | EMPLOYEE PROTECTION PLAN NUMBER 503 |

13    UNITED STATES DISTRICT COURT

14    NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | PENNY BENDER, | CASE NO. CV 09-01163 MMC |
| 16 | Plaintiff, | **ORDER RE:**<br>**STIPULATION FOR WAIVER OF**<br>**APPEAL/RECONSIDERATION RIGHTS** |
| 17 | v. | **AND WAIVER OF ATTORNEYS' FEES**<br>**AND COSTS** |
| 18 | HARTFORD LIFE INSURANCE | |
| | COMPANY, as Administrator and | |
| 19 | Fiduciary of the Bertelsmann, Inc., | |
| | Employee Protection Plan number 503; | |
| 20 | THE BERTELSMANN, INC., | |
| | EMPLOYEE PROTECTION PLAN | |
| 21 | NUMBER 503, | |
| 22 | Defendants. | |

24        IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Penny Bender

25   ("Plaintiff") and defendants Hartford Life and Accident Insurance Company and the

26   Bertelsmann, Inc. Employee Protection Plan number 503 ("Defendants"), by and through their

27   attorneys of record herein, that Plaintiff waives any and all right to appeal this Court's August 12,

28   2011 Judgment entered in this matter, or any prior rulings of this Court, or to move for

1  reconsideration or further proceedings in this matter, and that Plaintiff further waives the right to
2  recover any and all attorneys' fees and costs incurred to date in this matter.  In turn, Defendants
3  stipulate and agree to waive their right to recover any and all attorneys' fees and costs incurred to
4  date in this matter.  The parties enter into this STIPULATION in order to bring a conclusion to
5  this action.

6      SO STIPULATED AND AGREED.

7  DATED:  August 23, 2011    ROBOOSTOFF & KALKIN

8      JULIAN M. BAUM & ASSOCIATES

10      By: *s/ Scott D. Kalkin*
11      Scott D. Kalkin
    Attorneys for Plaintiff
    PENNY BENDER

13
14      SO STIPULATED AND AGREED.

15  DATED:  August 23, 2011    SEDGWICK LLP

17      By: *s/ Dennis G. Rolstad*
    Dennis G. Rolstad
18      Attorneys for Defendants
    HARTFORD LIFE AND ACCIDENT INSURANCE
19      COMPANY, erroneously sued herein as HARTFORD
    LIFE INSURANCE COMPANY and THE
20      BERTELSMANN, INC. EMPLOYEE PROTECTION
    PLAN NUMBER 503

22  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
23  "conformed" signature (/s/) within this e-filed document.

24      *s/Dennis G. Rolstad*
    Dennis G. Rolstad

**IT IS SO ORDERED**
*[signature]*
Judge Maxine M. Chesney